UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BURT DANIELS,

           Plaintiff,

   v.

VAN HOOK,

           Defendant.

CASE NO. 3:16-CV-05874-RBL-DWC

ORDER GRANTING MOTION TO CONSOLIDATE

The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Presently before the Court is Plaintiff's Motion to Consolidate Water Claims ("Motion"). Dkt. 12.[1] Plaintiff requests the Court consolidate his claims related to the potable water at the Special Commitment Center ("SCC") in this case with *Malone v. Strong*, Case No. 3:16-cv-5284-RBL-DWC. *Id*. Defendant did not file a response to the Motion. After reviewing the Motion, attached declaration, and relevant record, the Motion is granted. The

---

[1] Pursuant to Local Rule 42, a motion to consolidate should be filed in the earliest filed case, which in this case would be *Malone v. Strong*, Case No. 3:16-cv-5284-RBL-DWC, and notice should be filed in the later filed case. Here, the Motion was filed in the later filed case without a motion or notice being filed in the earlier case. Local Rule 42 also requires parties to meet and confer and attempt to reach an agreement regarding consolidation of the cases. There is no evidence the parties met and conferred in this case. If counsel intends to consolidate future cases with *Malone v. Strong*, the Motion should be filed in *Malone v. Strong* with notice in the later filed case. Additionally, the Motion should indicate if the parties met and conferred and if the parties agree to the consolidation, a stipulation to consolidate should be filed. In the interests of justice, the Court will consider the Motion in this case and consolidate the current case with *Malone v. Strong*.

1 | claims in this case related to the potable water at SCC are consolidated with *Malone v Strong*,

2 | Case No. 3:16-cv-5284-RBL-DWC.

3 |     Dated this 15th day of February, 2017.

*[signature]*

David W. Christel
United States Magistrate Judge